UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

—————

WILLIAM M. HILL,

                Plaintiff,                Case No. 1:14-cv-76

v.                                     Honorable Paul L. Maloney

DANIEL H. HEYNS et al.,

                Defendants.

_____/

## ORDER FOR PARTIAL DISMISSAL
## and PARTIAL SERVICE

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's federal claims against Defendants Heyns, Hoffner, Beckwith, Scheidler, Borst, Losinski and Friend be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiff's state-law claims against Defendants Heyns, Hoffner, Beckwith, Scheidler, Borst, Losinski and Friend be DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendant Houtz in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

IT IS FURTHER ORDERED that Defendant Houtz shall file an appearance of counsel (or appear *pro se* if she does not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the Court, no Defendant is required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1). After a Defendant has filed an appearance, proceedings in this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil Rights Case.


Dated:     February 13, 2014                       /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge