UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM M. HILL, #153219,<br>        Plaintiff,<br><br>-v-<br><br>DONNA HOUTZ,<br>        Defendant. | )<br>)<br>)   No. 1:14-cv-76<br>)<br>)   HONORABLE PAUL L. MALONEY<br>)<br>)<br>) |

## JUDGMENT

Having granted the motion for summary judgment filed by Defendant Donna Houtz, and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   February 27, 2015                         /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge